IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| POLYCOM, INC., <br><br> Plaintiff, <br><br> vs. <br><br> D&S COMMUNICATIONS, INC. and <br> DYNAMIC VOICE DATA, INC., <br><br> Defendants. | ) <br> ) Civil Action No. 4:11cv1018 <br> ) <br> ) <br> ) <br> ) <br> ) JURY TRIAL <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

## AGREED MOTION FOR ENTRY OF PARTIAL JUDGMENT

Plaintiff Polycom, Inc. ("Polycom") and co-Defendant D&S Communications, Inc. ("D&S"), having reached agreement in this matter, hereby move the Court to enter the attached ORDER and attached accompanying PARTIAL JUDGMENT in the above referenced litigation.

AGREED:

June 9, 2011

/s/ John C. Cain
JOHN C. CAIN
TX State Bar No. 00783778
So. Dist of Texas ID No. 15620
jcain@counselip.com
DANIEL R. PETERSON
TX State Bar No. 24065899
So. Dist. Of Texas ID No. 963738
dpeterson@counselip.com
WONG, CABELLO, LUTSCH, RUTHERFORD
& BRUCCULERI, L.L.P
20333 S.H. 249, Suite 600
Houston, Texas 77070
Telephone: (832) 446-2400
Facsimile: (832) 446-2424

WILLIAM D. RAMAN
TX State Bar No. 16492700
So. Dist of Texas ID No. 4117
braman@counselip.com
WONG, CABELLO, LUTSCH, RUTHERFORD
& BRUCCULERI, L.L.P
221 W. 6th Street, Suite 950
Austin, Texas 78701
Telephone: (512) 473-2550
Facsimile: (512) 472-2555

Counsel for Plaintiff,
POLYCOM, INC.


  /s/ Richard B. Biagi
RICHARD B. BIAGI
rbiagi@nealmvcdevitt.com
NEAL & MCDEVITT, LLC
1776 Ash Street
Northfield, IL 60093
Telephone: (847) 441-9100
Facsimile: (847) 441-0911

Counsel for co-Defendant,
D&S COMMUNICATIONS, INC.

**CERTIFICATE OF SERVICE**

I hereby certify that on the 9th day of June, 2011, I electronically filed the foregoing document with the clerk of the court for the U.S. District Court, Southern District of Texas, Houston Division, using the electronic case filing system of the court. The electronic case filing system sent a "Notice of Electronic Filing" to the attorneys of record who have consented in writing to accept this Notice as service of this document by electronic means.

/s/   Wayne B. Maydwell

Wayne B. Maydwell